Frank H. Janiszeski, for appellant. J. A. McAnrow, for appellee. Mr. Presiding Justice Barnes delivered the opinion of the court.

---

David Bronstein, defendant in error, v. M. Philip Ginzburg, plaintiff in error. Gen. No. 25,929.

Action on the case for libel. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed May 3, 1921.

James J. Glassner, for plaintiff in error. Roderick N. Wyckoff and Robert Branand, Jr., for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

Joseph Guggenheim and Mendel Rifkin, trading as Guggenheim & Company, appellees, v. W. T. Gaines, appellant. Gen. No. 25,939.

Suit for value of merchandise sold and delivered. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

Ellis & Westbrooks, for appellant; Harris B. Gaines and Richard E. Westbrooks, of counsel. F. G. Offenlock, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

Rudolph J. Gluecklich, appellee, v. George Hangiaras et al. George Hangiaras, appellant. Gen. No. 25,948.

Suit to foreclose a trust deed. Decree of foreclosure and dismissal of defendant's cross-bill for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

McInerney & Power, for appellant. Levinson & Hoffman, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Justine M. Shankland, appellant, v. Ralph M. Shankland, appellee. Gen. No. 25,905.

Suit in assumpsit upon a written contract made between divorced persons. Contract held void as against public policy. Judgment for defendant. Appeal from the County Court of Cook county; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

Hoyne, O'Connor & Irwin, for appellant. Jasper F. Rommel, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Boyd, plaintiff in error. Gen. No. 26,244.

Prosecution for larceny. Judgment of conviction on waiver of jury and plea of guilty. Error to the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed May 3, 1921.

S. B. Turner, for plaintiff in error. Robert E. Crowe and Edward
E. Wilson, for defendant in error.
Mr. Justice Matchett delivered the opinion of the court.

---

**Peter C. McArdle, appellee, v. City of Chicago et al., appellants.
Gen. No. 26,403.**
Judgment in mandamus directing the restoration of petitioner to
office and the appropriation of money for his salary and payment
of same. Appeal from the Circuit Court of Cook county; the Hon.
Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate
Court at the October term, 1920. Affirmed. Opinion filed May 5, 1921.
Samuel A. Ettelson, for appellants; George Kandlik, Leon Horn-
stein and Henry T. Chace, Jr., of counsel. E. J. McArdle and John
A. Watson, for appellee.
Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Fannie Ornstein, appellee, v. S. S. Morrison, appellant. Gen. No.
26,409.**
Action for personal services as a nurse. Judgment for plaintiff.
Appeal from the County Court of Cook county; the Hon. F. J. Camp-
bell, Judge, presiding. Heard in this court at the October term,
1920. Affirmed. Opinion filed May 16, 1921.
Andalman & Cohen and Philip B. Leviton, for appellant. Taylor,
Miller & Plamondon, for appellee; Lloyd A. Faxon, of counsel.
Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Stanley Kula and Frank Kubasiak, appellees, v. Jan Zawierucha
and Aniela Zawierucha, appellants. Gen. No. 26,417.**
Motion to open a judgment rendered by confession and to permit a
defense. Motion denied. Appeal from the Municipal Court of
Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in
this court at the October term, 1920. Reversed and remanded with
directions. Opinion filed May 16, 1921.
Mark J. McNamara, for appellants. Stephen R. Carynski, for
appellees.
Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**George Busch, appellee, v. Yellow Cab Company, appellant. Gen.
No. 26,437.**
Action for personal injuries. Judgment for plaintiff. Appeal from
the Circuit Court of Cook county; the Hon. Thomas ·G. Windes,
Judge, presiding. Heard in this court at the October term, 1920.
Reversed and remanded. Opinion filed May 16, 1921.
John A. Bloomingston, for appellant. Ernest C. Reniff, for ap-
pellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Chicago Herald Company, appellee, v. Martin Larson, appellant.
Gen. No. 26,443.**
Suit upon advertising contracts. Judgment for plaintiff. Appeal
from the Municipal Court of Chicago; the Hon. William N. Gemmill,
Judge, presiding. Heard in this court at the October term, 1920.